In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Sole Surviving Successor Trustee, and HAROLD F. LE BARON et al., as Executors of MAUDE LE BARON, Deceased Trustee under the Will of ALFRED H. SMITH, Deceased. ANNE C. E. S. WATEROUS, Appellant; LEONARD P. LEVY et al., Respondents.

Argued April 15, 1953; decided May 22, 1953.

*Aaron Simmons, Sperry Butler* and *Robert G. Fanelli* for appellant.

*Leo Praeger* and *Edmund W. Bokat* for Leonard P. Levy and others, respondents.

*Jonas J. Shapiro* and *Janet Perlman* for Louis Silverstein, respondent.

Order affirmed, with costs to respondents appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.